UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>                  Plaintiff,<br><br>    v.<br><br>MARY WINZ, et al.,<br><br>                  Defendants. | CASE NO. C17-695-BAT<br><br>**ORDER DIRECTING PARTIES TO SHOW CAUSE** |

Plaintiff Premera Blue Cross filed this action for declaratory relief to identify entitlements under an employee pension benefit plan and 401(k) plan. Dkt. 1. On May 26, 2017, the Court ordered the parties to file their Joint Status Report by July 7, 2017. Dkt. 7. To date, no report has been filed. Accordingly, the parties are now **ORDERED** to show cause on or before **July 14, 2017**, why they should not be sanctioned for failure to comply with this Court's previous Order. This obligation shall be satisfied if the parties file their Joint Status Report no later than July 14, 2017.

The Clerk shall note this matter for the Court's consideration on July 17, 2017.

DATED this 10th day of July, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PARTIES TO SHOW
CAUSE - 1