1

The Honorable Brian A. Tsuchida

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | PREMERA BLUE CROSS, | NO. CV17-00695-BAT
10 | Plaintiff, | **ANSWER TO COMPLAINT**
11 | v. |
12 | MARY WINZ, TRACIE LESAN, JOYCE ARLENE NELSON (f/k/a JOYCE ARLENE LESAN), |
13 | Defendants. |
14

15    COME NOW Defendants Mary Winz and Tracie Lesan, by and through their counsel

16 of record, Hans P. Juhl of RYAN, SWANSON & CLEVELAND, PLLC and Answer Plaintiff's

17 Complaint for Interpleader and Declaratory Relief as follows:

18                                   **PARTIES**

19    1.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

20 Paragraph 1 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

21    2.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

22 Paragraph 2 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

23

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224   |   Fax 206.583.0359

1       3.     Defendants Mary Winz and Tracie Lesan deny the allegations set forth in

2  Paragraph 3 of Plaintiff's Complaint for Interpleader and Declaratory Relief. Defendant Mary

3  Winz is a resident of Salt Lake County, UT.

4       4.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

5  Paragraph 4 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

6       5.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

7  Paragraph 5 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

8                                     **JURISDICTION AND VENUE**

9       6.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

10  Paragraph 6 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

11       7.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

12  Paragraph 7 of Plaintiff's Complaint for Interpleader and Declaratory Relief, except to the

13  extent that it is alleged that Mary Winz is a resident of Washington. Defendants admit diversity

14  of citizenship for the purposes of the Court's subject matter jurisdiction.

15       8.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

16  Paragraph 8 of Plaintiff's Complaint for Interpleader and Declaratory Relief, except to the

17  extent that it is alleged that Mary Winz is a resident of Washington. Defendants admit their

18  claims to the PEP and 401(k) Plan arose from activities directed toward Washington, for the

19  purposes of the Court's personal jurisdiction.

20       9.     Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

21  Paragraph 9 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

22

23

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1

**FACTUAL BACKGROUND**

2        10.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

3    Paragraph 10 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

4        11.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

5    Paragraph 11 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

6        12.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

7    Paragraph 12 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

8        13.        Defendants Mary Winz and Tracie Lesan are without sufficient knowledge to

9    admit or deny the allegations set forth in Paragraph 13 of Plaintiff's Complaint for Interpleader

10   and Declaratory Relief and therefore deny the same.

11       14.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

12   Paragraph 14 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

13       15.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

14   Paragraph 15 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

15       16.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

16   Paragraph 16 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

17       17.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

18   Paragraph 17 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

19       18.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

20   Paragraph 18 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

21       19.        Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

22   Paragraph 19 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

23

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1    20.    Defendants Mary Winz and Tracie Lesan are without sufficient knowledge to
2    admit or deny the allegations set forth in Paragraph 20 of Plaintiff's Complaint for Interpleader
3    and Declaratory Relief and therefore deny the same.

4    21.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in
5    Paragraph 21 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

6    22.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in
7    Paragraph 22 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

8    23.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in
9    Paragraph 23 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

10   24.    Defendants Mary Winz and Tracie Lesan are without sufficient knowledge to
11   admit or deny the allegations set forth in Paragraph 24 of Plaintiff's Complaint for Interpleader
12   and Declaratory Relief and therefore deny the same.

13   25.    Defendants Mary Winz and Tracie Lesan deny the allegations set forth in
14   Paragraph 25 of Plaintiff's Complaint for Interpleader and Declaratory Relief to the extent that
15   it is alleged that Joyce Nelson may have a claim to any funds at issue herein that she has not
16   already received.

17   26.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in
18   Paragraph 26 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

19   27.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in
20   Paragraph 27 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

21   28.    Defendants Mary Winz and Tracie Lesan deny the allegations set forth in
22   Paragraph 28 of Plaintiff's Complaint for Interpleader and Declaratory Relief to the extent that

23

ANSWER TO COMPLAINT - 4
No. 17-00695-BAT
1527131 01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224   |   Fax 206.583.0359

1   it assumes that Joyce Nelson has a claim to any funds at issue herein that she has not already

2   received.

3   <center>**COUNT I:   INTERPLEADER**</center>

4   29.    To the extent that Defendants Mary Winz and Tracie Lesan have previously

5   admitted or denied paragraphs 1-28, in response to the allegations set forth in Paragraph 29 of

6   Plaintiff's Complaint for Interpleader and Declaratory Relief, they are so admitted or denied

7   again.

8   30.    Defendants Mary Winz and Tracie Lesan deny the allegations set forth in

9   Paragraph 30 of Plaintiff's Complaint for Interpleader and Declaratory Relief to the extent that

10  it assumes that Joyce Nelson has a claim to any funds at issue herein that she has not already

11  received.

12  31.    Paragraph 31 of Plaintiff's Complaint for Interpleader and Declaratory Relief is

13  a request for relief to which no response is required.

14  <center>**COUNT II:   DECLARATORY JUDGMENT**</center>

15  32.    To the extent that Defendants Mary Winz and Tracie Lesan have previously

16  admitted or denied paragraphs 1-31, in response to the allegations set forth in Paragraph 32 of

17  Plaintiff's Complaint for Interpleader and Declaratory Relief, they are so admitted or denied

18  again.

19  33.    Defendants Mary Winz and Tracie Lesan deny the allegations set forth in

20  Paragraph 33 of Plaintiff's Complaint for Interpleader and Declaratory Relief to the extent that

21  it assumes that Joyce Nelson has a claim to any funds at issue herein that she has not already

22  received.

23

ANSWER TO COMPLAINT - 5
NO. 17-00695-BAT
1527131 01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1     34.    Defendants Mary Winz and Tracie Lesan admit the allegations set forth in

2  Paragraph 34 of Plaintiff's Complaint for Interpleader and Declaratory Relief.

3     35.    Paragraph 35 of Plaintiff's Complaint for Interpleader and Declaratory Relief is

4  a request for relief to which no response is required.

5            **AFFIRMATIVE DEFENSES RELATIVE TO CO DEFENDANT**

6     36.    The competing claims made by Defendants' co-defendant, Joyce Nelson are

7  without merit, subject to collateral estoppel, waiver and preempted by federal law.

8                      **REQUESTS FOR RELIEF**

9     37.    Defendants Mary Winz and Tracie Lesan request that the Court enter judgment

10  declaring the interplead funds to be distributed pursuant to the beneficiary requests in effect

11  upon the death of Gerald Lesan.

12     38.    Defendants Mary Winz and Tracie Lesan request that the Court enter judgment

13  against Joyce Nelson in the amount of the fees and costs incurred herein on the basis of any

14  applicable contract, statute, or ground in law or equity.

15     DATED this 26th day of July, 2017.

17                  By

                          Hans P. Juhl, WSBA #33116

18                        RYAN, SWANSON & CLEVELAND, PLLC
                        1201 Third Avenue, Suite 3400

19                        Seattle, Washington 98101-3034
                        Telephone: (206) 464-4224
                        Facsimile: (206) 583-0359

20                        juhl@ryanlaw.com
                        Attorneys for Defendants Mary Winz

21                        and Tracie Lesan

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359