1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMERA BLUE CROSS,

              Interpleader Plaintiff,

   v.

MARY WINZ, et al.,

              Interpleader Defendants.

CASE NO. C17-695-BAT

**ORDER DIRECTING
INTERPLEADER DEFENDANTS
TO FILE JOINT STATUS REPORT**

This matter comes before the Court *sua sponte*. The Court previously granted

Interpleader Plaintiff's motion to dismiss with prejudice. Dkt. 23. Trial in this Interpleader

action is set for a court trial on July 9, 2018. Dkt. 17. Interpleader Defendants failed to file a

settlement report by the scheduled deadline of February 2, 2018. *See* Dkt. 17.

The Court **ORDERS** Interpleader Defendants to file a joint status report no later than

**February 15, 2018**, which addresses the status of this case, whether the parties still anticipate

going to trial on July 9, 2018, and why a settlement report was not filed in accordance with the

Court's scheduling order.

DATED this 5th day of February, 2018.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING INTERPLEADER
DEFENDANTS TO FILE JOINT STATUS
REPORT - 1