# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>MARY WINZ,<br><br>　　　　　　　　Interpleader Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:17-cv-00695-BAT |

_____　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　　　The motion for summary judgment of Interpleader Defendants Mary Winz and Tracie Lesan (Dkt. 27) is **GRANTED**; Interpleader Defendant Joyce Arlene Nelson's cross claims against Mary Winz and Tracie Lesan are **DISMISSED WITH PREJUDICE**; and Plaintiff Premera Blue Cross is directed to pay the interpleaded funds to Defendants Mary Winz and Tracie Lesan in accordance with the most recent beneficiary designations made by Decedent Gerald Lesan governing the Premera Blue Cross employee benefit accounts at issue in this case.

　　　　Dated this 30th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　s/Agalelei Elkington
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk